UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stacy D. Davidson,<br><br>        Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>        Defendants. | No. 1:25-cv-00766-GSA<br><br>**ORDER EXTENDING DEFENDAN'S RESPONSE DEADLINE** |

Good cause appearing (Defense counsel's furlough), and as stipulated, it is ORDERED that Defendant's deadline to file a cross-motion for summary judgment is extended up to and including November 26. 2025.

IT IS SO ORDERED.

    Dated: __**October 27, 2025**__          __**/s/ Gary S. Austin**__
                                                             UNITED STATES MAGISTRATE JUDGE