Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
STACY D. DAVIDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY D. DAVIDSON,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No.  1:25-CV-00766 (GSA)<br><br>**STIPULATION FOR BRIEFING EXTENSION; ORDER** |

On June 23, 2025, Plaintiff Stacy D. Davidson filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying her application for Social Security disability benefits under Title II and XVI of the Social Security Act. (ECF Doc. 1) On October 24, 2025, the Defendant requested, and was granted, an extension of time to respond to Plaintiff's Complaint. (ECF Doc. 10 and 11) On November 20, 2025, the Defendant lodged a certified copy of the administrative record. (ECF Doc. 12) Pursuant to the Court's Scheduling Order, Plaintiff's motion for summary judgment is currently due to be filed no later than December 22, 2025. (ECF Doc. 9 at p.2:19-20)

Plaintiff requests an extension of sixty (60) days to file her motion. *Id.* at p.3:20-21. This is Plaintiff's first request for an extension of time. Plaintiff's counsel seeks the extension to effectively advocate for Plaintiff as counsel did not represent Ms. Davidson at the administrative level and the record contains 5,213 pages, including over 4,200 pages of medical evidence. *See*, *Costa v. Comm'r of Soc. Sec. Admin.*, 690 F.3d 1132, 1134 n. 1 (9th Cir. 2012) [noting "social security disability cases are often highly fact-intensive and require careful review of the administrative record, including complex medical evidence."]. Plaintiff's counsel apologizes to the Court for any inconvenience. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: December 16, 2025

NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
STACY D. DAVIDSON

Dated: December 16, 2025

ERIC GRANT
United States Attorney
MATTHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By: *Christopher Vieira**
CHRISTOPER VIEIRA
Special Assistant United States Attorney
Attorney for Defendant
(**authorized by email dated 12/16/2025*)

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of time of sixty (60) days to file her Opening Brief. The Opening Brief shall be filed on or before February 20, 2026 and all deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:  **December 17, 2025**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE