Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
STACY D. DAVIDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY D. DAVIDSON<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | No.  1:25-CV-00766 (GSA)<br><br>**STIPULATION FOR BRIEFING<br>EXTENSION; ORDER** |

On June 23, 2025, Plaintiff Stacy D. Davidson filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying her application for Social Security disability benefits under Title II and XVI of the Social Security Act. (ECF Doc. 1) On October 24, 2025, the Defendant requested, and was granted, an extension of time to respond to Plaintiff's Complaint. (ECF Doc. 10 and 11) On November 20, 2025, the Defendant lodged a certified copy of the administrative record. (ECF Doc. 12) The record contains 5,213 pages, including over 4,200 pages of medical evidence. *Id.*

STIPULATION FOR BRIEFING EXTENSION

On December 17, 2025, the Court approved the parties' stipulation granting Plaintiff a first-time 60-day extension to file her motion for summary judgment, to and including February 20, 2026. (ECF Doc. 17) Plaintiff requests a further extension of 30 days to file her motion. Plaintiff's counsel seeks the extension due to the voluminous record at issue and conflicting summary judgment motion filing deadlines in multiple Social Security disability appeals, including two before this Court. Plaintiff's counsel sincerely apologizes to the Court for any inconvenience. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: February 13, 2026

NEWEL LAW

By: *Melissa Newel*

Melissa Newel
Attorney for Plaintiff
STACY D. DAVIDSON

Dated: February 13, 2026

ERIC GRANT
United States Attorney
MATTHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By: *Christopher Viera**

CHRISTOPER VIEIRA
Special Assistant United States Attorney
Attorney for Defendant
(*authorized by email dated 2/13/2026*)

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of time of thirty (30) days to file her Opening Brief. The Opening Brief shall be filed on or before March 23, 2026, and all deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **February 27, 2026**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR BRIEFING EXTENSION